KIRSTEN A. MILTON, ESQ.
Nevada Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com

*Attorneys for Defendants*
*GNL, LLC f/k/a /GNL CORP.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIE LESTER, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>GNL, CORP.; GNL, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01154-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant GNL, LLC f/k/a GNL CORP. ("Defendant"), by and through its counsel, Jackson Lewis P.C., and Plaintiff Julie Lester ("Plaintiff"), by and through her counsel, Thierman Buck LLP, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Class Action Complaint (the "Complaint") to give Defendant sufficient time to investigate Plaintiff's claims and prepare a response to the Complaint. Specifically, the parties agree to extend the time by 21 days through and including July 22, 2024. This is the first such request the parties have stipulated to.

Defendant shall, therefore, have a 21-day extension up to and including July 22, 2024, to file an answer or otherwise respond to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

This stipulation and order are sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.[1]

Dated this 1st day of July, 2024.

| THIERMAN BUCK LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Joshua D. Buck* <br> Joshua D. Buck <br> Nevada Bar No. 12187 <br> Leah L. Jones <br> Nevada Bar No. 13161 <br> 325 West Liberty Street <br> Reno, Nevada 89501 | */s/ Kirsten A. Milton* <br> Kirsten A. Milton <br> Nevada Bar No. 14401 <br> Joshua A. Sliker <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED:**

Dated: July 2, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] On July 1, 2024, the Court denied without prejudice the parties' original stipulation, Dkt No. 4, because it failed to state the reason for the requested extension in compliance with Local Rule IA 6-1(a). Dkt. No. 5. The parties apologize for this oversight. This modified request complies with Local Rule IA 6-1(a).