KIRSTEN A. MILTON, ESQ.
Nevada Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com

*Attorneys for Defendants*
*GNL, LLC f/k/a /GNL CORP.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JULIE LESTER, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>GNL, CORP.; GNL, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  2:24-cv-01154-CDS-NJK<br><br>**STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**(FIRST REQUEST)** |

Defendant GNL, LLC f/k/a GNL CORP. ("Defendant"), by and through its counsel, Jackson Lewis P.C., and Plaintiff Julie Lester ("Plaintiff"), by and through her counsel, Thierman Buck LLP, hereby stipulate and agree to vacate the parties' Early Neutral Evaluation Conference ("ENE") currently scheduled for August 22, 2024.  This is the first such request the parties have stipulated to.

1. On June 24, 2024, Defendant removed the instant action to this Court pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d) ("CAFA").  ECF No. 1.

2. In her Complaint, Plaintiff alleges violations of Nevada's state wage and hour laws on behalf of herself and a putative class of individuals.  ECF No. 1, Exhibit 1.

3. On July 9, 2024, the Court scheduled the ENE for August 22, 2024.  ECF No. 9.

4. The instant case is not an employment-discrimination as defined by LR 16-6(a). Rather, it is putative class action which asserts claims under Nevada state wage and hour laws.

5. As such, the parties agree to vacate the currently schedule ENE.

JACKSON LEWIS P.C.
LAS VEGAS

6. This stipulation and order are sought in good faith and not for the purpose of delay.

Dated this 6th day of August, 2024.

| THIERMAN BUCK LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Joshua D. Buck* | */s/ Kirsten A. Milton* |
| Joshua D. Buck | Kirsten A. Milton |
| Nevada Bar No. 12187 | Nevada Bar No. 14401 |
| Leah L. Jones | Joshua A. Sliker |
| Nevada Bar No. 13161 | Nevada Bar No. 12493 |
| 325 West Liberty Street | 300 S. Fourth Street, Suite 900 |
| Reno, Nevada 89501 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **ORDER**

**IT IS SO ORDERED**.  The ENE scheduled for August 22, 2024 is **VACATED**.  The Clerk is kindly directed to remove the ENE flag.

Dated: __8/7/2024__                         _____
DANIEL J. ALBREGTS
UNTED STATES MAGISTRATE JUDGE