# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JULIE LESTER.,

    Plaintiff(s),

v.

GNL, CORP.,

    Defendant(s).

Case No. 2:24-cv-01154-CDS-NJK

**Scheduling Order**

[Docket No. 17]

Pending before the Court is a joint discovery plan, Docket No. 17, which is **DENIED**.

First, the discovery plan miscalculates when the discovery period starts running. Per the local rules, discovery is measured from the date the defendant answered or otherwise first appeared. *See* Local Rule 26-1 (b)(1).

Second, the discovery plan seeks special scheduling without sufficient explanation. Local Rule 26-1(b)(1). The discovery plan seeks a longer discovery period "[b]ecause this case is filed as a class action." Docket No. 17 at 1.

Third, the parties fail to state the calendar date on which dispositive motions are due. *See* Local Rule 26-1(b)(4). They also fail to provide a deadline for the joint pretrial order. *See* Local Rule 26-1(b)(5). It is not sufficient for the parties to propose that they will make a good faith effort to jointly submit an updated proposed scheduling order 21 days after the Court rules on any motion directly related to class certification. Docket No. 17 at 5.

Fourth, the discovery plan seeks an extended deadline for initial disclosures that is 14 days after the approval of the discovery plan. Docket No. 17 at 4. However, the default deadline for initial disclosures is 14 days after the Rule 26(f) conference. Fed. R. Civ. P. 26(a)(1)(C). No

1

explanation is provided as to why initial disclosures have not yet been provided as the parties held their Rule 26(f) conference on August 19, 2024.

<u>An amended discovery plan must be filed by September 13, 2024.</u>

IT IS SO ORDERED.

Dated: September 6, 2024

_____
Nancy J. Koppe
United States Magistrate Judge