KIRSTEN A. MILTON, ESQ.
Nevada Bar No. 14401
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
         joshua.sliker@jacksonlewis.com

*Attorneys for Defendants*
*GNL, LLC f/k/a /GNL CORP.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIE LESTER, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff<br><br>v.<br><br>GNL, CORP.; GNL, LLC,<br><br>Defendants | Case No. 2:24-cv-01154-CDS-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR COURT APPROVAL OF SETTLEMENT OF PLAINTIFF'S CLAIMS**<br><br>**(Second Request)**<br><br>[ECF No. 27] |

IT IS HEREBY STIPULATED by and between Plaintiff Julie Lester ("Plaintiff"), by and through her counsel, Thierman Buck LLP, and Defendant GNL, LLC f/k/a GNL CORP. ("Defendant"), by and through their counsel, Jackson Lewis, P.C., to extend the current deadline, July 2, 2025, for the parties to submit a Motion for Court Approval of Settlement of Plaintiff's Claims by two weeks, through and including, **July 16, 2025.**

1. On April 18, 2025, the parties filed a notice of settlement and request to stay all case deadlines pending the filing of a Motion for Court Approval of Settlement of Plaintiff's claims and completion of resolution processes. ECF No. 24.

2. The parties requested to submit a Motion for Court Approval of Settlement of Plaintiff's claims (the "Motion"), no later than June 2, 2025.

3. On June 2, 2025 the parties requested to submit a Motion for Court Approval of

Settlement of Plaintiff's claims (ECF No. 25), no later than July 2, 2025.

4. The parties need additional time to file the Motion. Following that time, Defendant's counsel has been unexpectedly tied up with previously-scheduled professional commitments in other cases, as well as being out of the country for a prearranged trip. The parties need additional time to finalize the settlement papers.

5. Thus, the parties request a two-week extension to file the Motion no later than July 16, 2025. This Stipulation is the Second Request for an extension of the deadline to file the Motion, and is not submitted for the purpose of delay.

Dated this 2nd day of July, 2025.

| THIERMAN BUCK LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Leah L. Jones* <br> Joshua D. Buck <br> Nevada Bar No. 12187 <br> Leah L. Jones <br> Nevada Bar No. 13161 <br> 325 West Liberty Street <br> Reno, Nevada 89501 <br><br> *Attorneys for Plaintiff* | */s/ Kirsten A. Milton* <br> Kirsten A. Milton <br> Nevada Bar No. 14401 <br> Joshua A. Sliker <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Judge

Dated:  July 3, 2025