KIRSTEN A. MILTON, ESQ.
Nevada Bar No. 14401
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
          joshua.sliker@jacksonlewis.com

*Attorneys for Defendants*
*GNL, LLC f/k/a /GNL CORP.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE LESTER, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff<br><br>v.<br><br>GNL, CORP.; GNL, LLC,<br><br>Defendant | Case No. 2:24-cv-01154-CDS-NJK<br><br>**Order Approving STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR COURT APPROVAL OF SETTLEMENT OF PLAINTIFF'S CLAIMS**<br>**(Third Request)**<br><br>[ECF No. 29] |

IT IS HEREBY STIPULATED by and between Plaintiff Julie Lester ("Plaintiff"), by and through her counsel, Thierman Buck LLP, and Defendant GNL, LLC f/k/a GNL CORP. ("Defendant"), by and through their counsel, Jackson Lewis, P.C., to extend the current deadline, July 16, 2025, for the parties to submit a Motion for Court Approval of Settlement of Plaintiff's Claims by two weeks, through and including, **July 30, 2025.**

1. On April 18, 2025, the parties filed a notice of settlement and request to stay all case deadlines pending the filing of a Motion for Court Approval of Settlement of Plaintiff's claims and completion of resolution processes. ECF No. 24.

2. The parties requested to submit a Motion for Court Approval of Settlement of Plaintiff's claims (the "Motion"), no later than June 2, 2025.

3. On June 2, 2025, the parties requested to submit a Motion for Court Approval of

JACKSON LEWIS P.C.
LAS VEGAS

Settlement of Plaintiff's claims (ECF No. 25), no later than July 2, 2025.

4. On July 2, 2025, the parties requested to submit a Motion for Court Approval of Settlement of Plaintiff's claims (ECF No. 27), no later than July 16, 2025.

5. The parties need additional time to file the Motion. Following that time, the parties have been working diligently to finalize the terms of the settlement agreement. The parties need additional time to finalize a few remaining terms of the settlement papers.

6. Thus, the parties request a two-week extension to file the Motion no later than July 30, 2025. This Stipulation is the Third Request for an extension of the deadline to file the Motion, and is not submitted for the purpose of delay.

Dated this 16th day of July, 2025.

| THIERMAN BUCK LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Leah L. Jones*<br>Joshua D. Buck<br>Nevada Bar No. 12187<br>Leah L. Jones<br>Nevada Bar No. 13161<br>325 West Liberty Street<br>Reno, Nevada 89501 | */s/ Kirsten A. Milton*<br>Kirsten A. Milton<br>Nevada Bar No. 14401<br>Joshua A. Sliker<br>Nevada Bar No. 12493<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Judge

Dated: July 17, 2025