UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Julie Lester, | Case No. 2:24-cv-01154-CDS-NJK |
| Plaintiff | **Order for Clarification on Settlement Terms** |
| v. | |
| GNL LLC, | |
| Defendant | |

In their fourth stipulation to extend time to file a motion for court approval of settlement, plaintiff Julie Lester and defendant GNL LLC represent that they are working diligently but need additional time to finalize the terms of the settlement agreement. ECF No. 31. Where no class has been certified and dismissal would not affect putative class members' claims, Rule 23(e) does not mandate either court approval of the parties' settlement or notice to putative class members. *Gaefcke v. Flatiron W., Inc.*, 2024 U.S. Dist. LEXIS 5390, *3 (E.D. Cal. Jan. 9, 2024) (citing *Titus v. BlueChip Fin.*, 786 F. App'x. 694, 695 (9th Cir. 2019)). In such a case, the settlement of this putative class would be governed by Rule 41 and a joint stipulation of dismissal would be sufficient.

Because the court is unsure whether the parties intend to dismiss the putative class members' claims with or without prejudice, they are instructed to file a status report so advising by August 11, 2025. The court will decide at that point whether to approve the request for an additional time.

Dated: August 4, 2025

_____
Cristina D. Silva
United States District Judge