| | |
|---|---|
| Joshua D. Buck, Nev. Bar No. 12187 | Kirsten A. Milton, Nev. Bar No. 14401 |
| josh@thiermanbuck.com | kirsten.milton@jacksonlewis.com |
| Leah L. Jones, Nev. Bar No. 13161 | **JACKSON LEWIS, P.C.** |
| leah@thiermanbuck.com | 300 S. Fourth Street, Suite 900 |
| **THIERMAN BUCK** | Las Vegas, Nevada 89101 |
| 325 W. Liberty Street | Tel. (702) 921-2460 |
| Reno, Nevada 89501 | |
| Tel. (775) 284-1500 | *Attorneys for Defendants GNL, LLC f/k/a GNL CORP.* |
| Fax. (775) 703-5027 | |

*Attorneys for Plaintiff and all others similarly situated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE LESTER, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>GNL, CORP.; GNL, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01154-CDS-NJK<br><br>**ADDENDUM TO JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

/ / /

/ / /

/ / /

Plaintiff, Julie Lester ("Plaintiff") on behalf of herself and all other similarly situated individuals, and Defendant, GNL, LLC (f/k/a GNL Corp.) ("Defendant", collectively the "Parties") filed their Joint Motion for Preliminary Approval pursuant to Rule 23 of the Federal Rules of Civil Procedure on August 11, 2025. (ECF Nos. 33-33-1.) The Joint Motion included Exhibit 1, the unsigned Settlement Agreement. Attached as Exhibit 1 hereto is the fully executed Settlement Agreement. No additional changes have been made.

Dated: August 15, 2025

/s/ Leah L. Jones
Joshua D. Buck
Leah L. Jones

**THIERMAN BUCK**

*Attorneys for Plaintiff and all others similarly situated.*

/s/ Kirsten A. Milton
Kirsten A. Milton, Nev. Bar No. 14401

**JACKSON LEWIS, P.C.**

*Attorney for Defendants GNL, LLC f/k/a GNL CORP.*