UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Julie Lester,<br><br>            Plaintiff<br><br>v.<br><br>GNL LLC,<br><br>            Defendant | Case No. 2:24-cv-01154-CDS-NJK<br><br>Order Setting Hearing on Joint Motion for Preliminary Approval of Class Action Settlement |

Plaintiff Julie Lester and defendant GNL, LLC filed a joint motion for preliminary approval of class action settlement and certification of settlement class. ECF No. 33. Under Federal Rule of Civil Procedure 23, if a proposal would bind class members, "the court may approve it only after a hearing and only on finding that it is fair, reasonable, and adequate after considering" a number of factors. Fed. R. Civ. P. 23(e)(2). Generally, the approval of class action settlements occurs in two stages. *Alberto v. GMRI, Inc.*, 252 F.R.D. 652, 658 (E.D. Cal. 2008). In the first stage, the court preliminarily approves the settlement pending a fairness hearing, temporarily certifies the class, and authorizes that notice may be given to the class. *Id.* at 658–59. That phase focuses on assessing whether the proposed settlement merits preliminary approval, which would "lay the ground work for a future fairness hearing." *Id.* at 659.

IT IS THEREFORE ORDERED that the parties' motion for preliminary approval of class action settlement [ECF No. 33] will be heard on September 10, 2025, at 10:00 a.m. in Courtroom 6B.

IT IS FURTHER ORDERED that the parties' stipulation to extend the deadline to file a motion for approval of settlement [ECF No. 31] is denied as moot.

Dated: August 21, 2025

                                                          _____
                                                          Cristina D. Silva
                                                          United States District Judge