UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Julie Lester, on behalf of herself and all other similarly situated individuals,<br><br>　　　　　　　　　Plaintiff<br><br>v.<br><br>GNL LLC,<br><br>　　　　　　　　　Defendant | Case No. 2:24-cv-01154-CDS-NJK<br><br>**Order Granting Joint Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class**<br><br>[ECF No. 33] |

　　　　Plaintiff Julie Lester and defendant GNL, LLC filed a joint motion for preliminary approval of class action settlement and certification of settlement class. Mot., ECF No. 33. The Court held a hearing on the motion on September 10, 2025. Following that hearing,[1] and after considering the papers submitted in support of the application, it is HEREBY ORDERED that:

　　　　1.　　The motion for preliminary approval of the Settlement and the Settlement Class based upon the terms set forth in the Joint Stipulation of Settlement and Release between Plaintiff and Defendant ("Stipulation of Settlement") is granted. *See* ECF No. 33-1. The Settlement appears to be fair, adequate, and reasonable to the Class. Therefore, the joint motion for preliminary approval is granted.

　　　　2.　　The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

　　　　3.　　A final fairness hearing on the question of whether the proposed Settlement, attorney's fees to Class Counsel, and the Class Representative Enhancement Award should be finally approved as fair, reasonable, and adequate as to the members of the Class is scheduled in accordance with the Implementation Schedule set forth below.

---

[1] The transcript of that hearing is incorporated as if fully set forth herein.

4.     This Court approves, as to form and content, the Notice of Pendency of Class Action, Proposed Class Action Settlement, and Hearing Date for Final Approval of Settlement ("Notice of Pendency of Class Action"), in substantially the form attached as Exhibit D to the Stipulation of Settlement, and the Claim Form in substantially the form attached as Exhibit A. This Court approves the procedure for Class Members to participate in, to opt out of, and to object to the Settlement as set forth in the Notice of Pendency of Class Action.

5.     The Court directs the mailing of the Notice of Pendency of Class Action, and the Claim Form by first-class U.S. mail to the Class Members in accordance with the Implementation Schedule set forth below. This Court finds that the dates selected for the mailing and distribution of the Notice and the Claim Form, as set forth in the Implementation Schedule, meets the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6.     It is ordered that the Settlement Class is preliminarily certified for settlement purposes only.

7.     This Court confirms plaintiff Julie Lester as Class Representative, and Joshua Buck, Esq. and Leah Jones, Esq. of Thierman Buck of Reno, Nevada as Class Counsel.

8.     This Court confirms CPT Corp. as the Claims Administrator.

9.     To facilitate administration of the Settlement pending final approval, this Court hereby enjoins Plaintiff and all Class Members from filing or prosecuting any claims, suits or administrative proceedings (including filing claims with the Nevada Office of the Labor Commissioner) regarding claims released by the Settlement unless and until such Class Members have filed valid Requests for Exclusion with the Claims Administrator and the time for filing claims with the Claims Administrator has elapsed.

10. This Court orders the following Implementation Schedule for further proceedings:

| | | |
|---|---|---|
| a. | Deadline for defendant to Submit Class Member Information to Claims Administrator | October 1, 2025 |
| b. | Deadline for Claims Administrator to Mail and E-mail the Notice and the Claim Form to Class Members | October 14, 2025 |
| c. | Deadline for Class Members to Postmark Claim Forms | 30 Calendar Days After the Mailing and E-mailing of Notice and Claim Forms |
| d. | Deadline for Class Members to Postmark Requests for Exclusions | 30 Calendar Days After the Mailing and E-mailing of Notice and Claim Forms |
| e. | Deadline for Receipt by Court and Counsel of any Objections to Settlement | 30 Calendar Days After the Mailing and E-mailing of Notice and Claim Forms |
| f. | Deadline for Class Counsel to file Motion for Final Approval of Settlement, Attorneys' Fees, Costs, and Enhancement Award | December 10, 2025 |
| g. | Deadline for Class Counsel to File Declaration from Claims Administrator of Due Diligence and Proof of Mailing | December 10, 2025 |
| h. | Final Fairness Hearing | December 17, 2025 |
| i. | Deadline for defendant to Fund Settlement Account maintained by Claims Administrator | 30 Calendar Days After Effective Date as Defined in Paragraph 12(b) of the Settlement Agreement |
| j. | Deadline for Claims Administrator to wire transfer the Attorneys' Fees and Costs to Class Counsel | 5 Calendar Days After Receipt of Settlement Funds |
| k. | Deadline for Claims Administrator to mail the Settlement Awards to Class Members and the Enhancement Awards to Class Representatives | 10 Calendar Days After Receipt of Settlement Funds |
| l. | Claims Administrator to File Proof of Payment of Settlement Awards, Enhancement Award, Attorneys' Fees and Costs | 90 Calendar Days After Effective Date as Defined in Paragraph 12(b) of the Settlement Agreement |

Dated: September 11, 2025

_____
Cristina D. Silva
United States District Judge

3